*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: April 21, 2016              521892
_____

In the Matter of STEVEN MAKAS,
                    Petitioner,

        v

DONALD VENETTOZZI, as Acting          MEMORANDUM AND JUDGMENT
    Director of Special Housing
    and Inmate Disciplinary
    Programs,
                    Respondent.
_____

Calendar Date:  February 23, 2016

Before:  Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ.

                    _____


        Steven Makas, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge will be refunded to his inmate account.  As the record does not reflect that any loss of good time was imposed, petitioner has received

all the relief to which he is entitled and the petition must be dismissed as moot (see Matter of Kagan v Lewin, 134 AD3d 1386, 1386 [2015]).

Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ENTER:

Robert D. Mayberger
Clerk of the Court